Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTIE TAYLOR, <br><br> Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | No. 3:24-CV-6044-BJR <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

IT IS HEREBY STIPULATED pursuant to FRCP 41(a) by the parties to this action, by and through counsel, that all claims in this action shall be dismissed with prejudice and without costs.

Dated this 21st day of March, 2025.

FORSBERG & UMLAUF, P.S.

*s/ Daniel L. Syhre*
Michael D. Handler, WSBA #25654
Daniel L. Syhre, WSBA #34158
*Attorneys for Defendant*

Dated this 21st day of March, 2025.

PROPERTY CLAIMS ATTORNEYS, PLLC

*s/ Charles P. Pearson (Via E-mail Authority)*
Charles P. Pearson, WSBA #52162
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 1
CAUSE NO. 3:24-CV-6044

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

**ORDER**

IT IS HEREBY ORDERED, based on the above stipulation of the parties, that this action is dismissed with prejudice and without costs.

DATED this 21st day of March 2025.

*(signature)*
Barbara Jacobs Rothstein
U.S. District Court Judge

*Presented By:*

FORSBERG & UMLAUF, P.S.

*s/ Daniel L. Syhre*
Michael D. Handler, WSBA #25654
Daniel L. Syhre, WSBA #34158
*Attorneys for Defendant*

*Copy Received; Approved as to Form;*
*Notice of Presentation Waived.*

PROPERTY CLAIMS ATTORNEYS, PLLC

*s/ Charles P. Pearson (Via E-mail Authority)*
Charles P. Pearson, WSBA #52162
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 2
CAUSE NO. 3:24-CV-6044

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX